```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

PAMELA MOSBY,                       )
                                    )
        Plaintiff                   )
                                    )        No. 3:14-1547
v.                                  )        Chief Judge Sharp/Bryant
                                    )
CAROLYN W. COLVIN, Acting           )
Commissioner of Social Security,    )
                                    )
        Defendant                   )
```

**TO:   THE HONORABLE KEVIN H. SHARP
       CHIEF JUDGE**

## REPORT AND RECOMMENDATION

Plaintiff Pamela Mosby has filed her complaint appealing the denial of her application for Social Security benefits (Docket Entry No. 1).

Following the filing of the administrative record, the undersigned Magistrate Judge issued an order on October 14, 2014, requiring Plaintiff to file her motion for judgment on the administrative record and a supporting brief within 30 days (Docket Entry No. 12). After Plaintiff failed to file her motion for judgment and brief within the time required, the Defendant on March 3, 2015, filed her motion for an order requiring Plaintiff to show cause why the complaint should not be dismissed for Plaintiff's failure to comply with the court's order (Docket Entry No. 13). This motion was granted.

On March 4, 2015, the undersigned issued an order requiring Plaintiff to show cause by March 16, 2015, why this case should not be dismissed for Plaintiff's failure to prosecute and to comply with the order of the court requiring the filing of a motion for judgment and supporting brief (Docket Entry No. 14). This order explicitly admonished Plaintiff that her failure to respond may cause the undersigned Magistrate Judge to recommend that her complaint be dismissed.

Plaintiff has not responded to this order to show cause, nor has she filed her motion for judgment and supporting brief. For this reason, the undersigned Magistrate Judge finds that the complaint should be dismissed for Plaintiff's failure to comply with orders of the court.

**RECOMMENDATION**

For the reasons stated above, the undersigned Magistrate Judge recommends that the complaint be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to comply with orders of the court.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed

in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge