# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PAMELA MOSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cv-01547 |
| v. ) | |
| ) | Judge Sharp |
| CARYOLYN W. COLVIN, Acting ) | Magistrate Judge Bryant |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Pamela Mosby, who is proceeding pro se, filed this lawsuit appealing the denial of her application for Social Security benefits. (Docket No. 1). Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 15) in which he recommends that this case be dismissed for failure to comply with orders of the court. In the R & R, Magistrate Judge Bryant explains that Plaintiff failed to comply with both an order to file a motion for judgment on the administrative record, (Docket No. 12), and an order to show cause, (Docket No. 14). Indeed, the record confirms that Plaintiff has taken no steps to prosecute her case since filing her complaint. Despite being advised that any objection needed to be filed within fourteen days, Plaintiff has filed none.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court hereby rules as follows:

1) The Report and Recommendation (Docket No. 15) is ACCEPTED and APPROVED; and

2) This case is DISMISSED.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE